**49D04-1611-CT-041967**

Marion Superior Court, Civil Division 4

Filed: 11/29/2016 11:59:18 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA

COUNTY OF MARION

MARION COUNTY CIRCUIT/SUPERIOR COURT

CAUSE NO.:

KAREN WINGLER,
    Plaintiff,

    v.

APRIA HEALTHCARE, LLC, and
COLE AH INDIANAPOLIS, IN LLC
    Defendants.

## COMPLAINT FOR DAMAGES
## AND REQUEST FOR TRIAL BY JURY

COMES NOW Plaintiff, by counsel, and alleges and states as follows:

1.     At the time of the incident complained, Plaintiff resided at 497 N. 24th Avenue, Beech Grove, Marion County, State of Indiana.

2.     Defendant Apria Healthcare, LLC is a limited liability company authorized to conduct business in the State of Indiana.

3.     Defendant Cole AH Indianapolis, IN LLC is a limited liability company authorized to conduct business in the State of Indiana.

4.     At the times herein stated, Defendants owned, operated, managed and/or was otherwise responsible for maintaining the sidewalk and parking lot located at 7353 Company Drive (hereinafter "the Premises"), Indianapolis, Marion County, Indiana.

5.     At the times herein stated, Plaintiff was a lawful business invitee at the Premises.

6.     At the times herein stated, Defendants exercised control of all areas of the Premises commonly used by Defendants' business invitees.

7.     Defendants owed Plaintiff a duty to exercise reasonable care to eliminate dangers and defects in those areas of the Premises commonly used by Defendants' business invitees.


EXHIBIT
A



8.    On or about December 2, 2014, Plaintiff was carefully traversing through the Premises when she slipped and fell on ice and snow.

9.    Defendants knew or should have known of the condition of the ice and snow within the Premises, and knew or should have known that the condition of the ice and snow within the Premises created an unreasonable risk of harm to Defendants' business invitees, including Plaintiff.

10.    At all times alleged herein, Plaintiff exercised ordinary care for her own safety.

11.    At the aforesaid time and place, Defendants were careless and negligent in one or more of the following respects:

(a)    Defendants failed to properly supervise the common areas in question so as to furnish Plaintiff a safe walkway, free from hazards which were recognized or should have been recognized by Defendants as causing or likely to cause the serious physical harm to Plaintiff and others;

(b)    Defendants carelessly and negligently failed to maintain the areas commonly utilized by its business invitees on the Premises in a reasonably safe condition;

(c)    Defendants carelessly and negligently failed to correct the unsafe condition of the Premises where Plaintiff was injured;

(d)    Defendants carelessly and negligently permitted persons, including Plaintiff, to use the area of the Premises when they knew or should have known that said area was in a dangerous and hazardous condition;

(e)    Defendants carelessly and negligently failed to inspect the dangerous condition existing at the Premises;

(f)    Defendants carelessly and negligently failed to warn persons, including Plaintiff, of the dangerous and hazardous conditions of the Premises where Plaintiff was injured;

(g)    Defendants carelessly and negligently failed to mark the dangerous and hazardous conditions of the Premises where Plaintiff was injured;

(h)    Defendants failed otherwise to comply with the applicable laws and regulations of the State of Indiana and the applicable Federal laws and regulations; and

(i)     Any and all other breaches by Defendants of the reasonable standard of care to prevent the aforementioned injury on the Premises.

12.     The acts and/or omissions of Defendants herein alleged were performed and/or omitted by and through the agents, servants, and employees of Defendants while they were acting within the scope of their employment.

13.     As a direct and proximate result of Defendants' negligence and breach of duty, Plaintiff:

(a)     has sustained physical pain and mental suffering, and it is likely physical pain and mental suffering will be experienced in the future, as a result of the injuries sustained in connection with the collision;

(b)     has incurred reasonable expenses for necessary medical care, treatment and services, and it is likely expenses for future medical care, treatment and service will also be incurred;

(c)     may have sustained bodily disfigurement or deformity; and

(d)     may have been otherwise damaged and injured.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants for damages in a sum sufficient to compensate Plaintiff for any and all injuries suffered as a proximate result of Defendants' negligence and breach of duty, for costs of this action, and for all other just and proper relief.

Respectfully submitted,

POYNTER & BUCHERI, LLC

Donald L. Poynter, #19529-53
*Attorney for Plaintiff*

## REQUEST FOR TRIAL BY JURY

COMES NOW Plaintiff, by counsel, and requests trial by jury of all issues in this cause of action.

Respectfully submitted,

POYNTER & BUCHERI, LLC

Donald L. Poynter , #19529-53
*Attorney for Plaintiff*

**POYNTER & BUCHERI, LLC**
4202 Madison Avenue
Indianapolis, IN 46227
317- 780-8000
317-780-7050 fax

**49D04-1611-CT-041967**

Marion Superior Court, Civil Division 4

Filed: 11/29/2016 11:59:18 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

## APPEARANCE FORM (CIVIL)
INITIATING PARTY

Case Number: _____

1.    KAREN WINGLER
      Name of first initiating party

2.    Attorney information (as applicable for service of process):

      Donald L. Poynter, #19529-53
      **POYNTER & BUCHERI, LLC**
      4202 Madison Avenue
      Indianapolis, IN  46227
      317-780-8000-phone
      317-780-7050-fax

3.    Will accept fax service.        NO

4.    Case Type Requested:           CT

5.    There are no related cases.

6.    Service with summons.          YES

                              Respectfully submitted,

                              POYNTER & BUCHERI, LLC

                              _____
                              Donald L. Poynter, #19287-49
                              *Attorney for Plaintiff*

**49D04-1611-CT-041967**

Marion Superior Court, Civil Division 4

Filed: 11/29/2016 11:59:18 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

## SUMMONS

### IN THE MARION COUNTY CIRCUIT AND SUPERIOR COURTS

KAREN WINGLER,                    Cause No.
     Plaintiff,

   v.

APRIA HEALTHCARE, LLC, and
COLE AH INDIANAPOLIS, IN LLC
     Defendants.

TO DEFENDANT:     Name: National Registered Agents, Inc.
                    100 Canal Pointe Boulevard, Suite 212
                    Princeton, NJ 08540

                    ***(as registered agent for:)***

                    Apria Healthcare, LLC
                    26220 Enterprise Court
                    Lake Forest, CA 92630

     You have been sued by the person(s) named "plaintiff," in the Court stated above. The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you.

     You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

     Clerk is ordered to cause service to be made by: <u>**Certified Delivery.**</u>

            11/29/2016
Dated:_____

                              _Myla A. Eldridge_
                              Clerk, Marion County

Donald L. Poynter, #19529-53
**POYNTER & BUCHERI, LLC**
4202 Madison Avenue
Indianapolis, IN 46227
317-780-8000-phone
317-780-7050-fax



## NATIONAL REGISTERED AGENTS, INC OF NJ
### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:   Carol Stokes
      APRIA HEALTHCARE, LLC
      26220 Enterprise Ct
      Lake Forest, CA 92630-8405

SOP Transmittal #   **530274933**

212-5901234 - Telephone

Entity Served:   Apria Healthcare LLC  (Domestic State: DELAWARE) (Served as Apria Healthcare, LLC and Cole AH Indianapolis, IN LLC, Dfts. Name discrepancy noted.)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc of NJ or its Affiliate in the State of NEW JERSEY on this 02 day of December, 2016. The following is a summary of the document(s) received:

1.   **Title of Action:**  Karen Wingler, Pltf. vs. Apria Healthcare, LLC and Cole AH Indianapolis, IN LLC, Dfts.

2.   **Document(s) Served:**  Other: Letter/Attachment(s)/Complaint/Summons

3.   **Court of Jurisdiction/Case Number:** Marion County Superior Court, IN
      Case # 49D041611CT041967

4.   **Amount Claimed, if any:**  N/A

5.   **Method of Service:**

      ___ Personally served by:       ___ Process Server       ___ Law Enforcement       ___ Deputy Sheriff       ___ U. S Marshall

      _X_ Delivered Via:       _X_ Certified Mail       ___ Regular Mail       ___ Facsimile

      ___ Other (Explain):

6.   **Date of Receipt:**  12/02/2016

7.   **Appearance/Answer Date:**  Within 20 days, commencing the day after receipt

8.   **Received From:**   Donald L. Poynter       9.  **Carrier Airbill #** 1ZY041160192137579
      Poynter & Bucheri, LLC
      4202 Madison Avenue
      Indianapolis, IN 46227       10. **Call Made to:** Not required
      317-780-8000

11.      **Special Comments:**
SOP Papers with Transmittal, via  UPS Next Day Air

Image SOP

Email Notification, CAROLYN BORGMEYER  CAROLYN_BORGMEYER@APRIA.COM

Email Notification, BIRGITT GOTTSCHALK  BIRGITT.GOTTSCHALK@APRIA.COM

Email Notification, Carol Stokes  carol.stokes@apria.com

**NATIONAL REGISTERED AGENTS, INC OF NJ**          **CopiesTo:**

Transmitted by  Lissette Santiago-Rivera

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc of NJ for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL

Filed: 12/2/2016 4:35:48 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

## SUMMONS

### IN THE MARION COUNTY CIRCUIT

KAREN WINGLER,
    Plaintiff,

Cause No. 49D04-1611-CT-041967

    v.

APRIA HEALTHCARE, LLC, and
COLE AH INDIANAPOLIS, IN LLC
    Defendants.

### AFFIDAVIT OF SERVICE

To the Clerk of the Circuit Court of Marion County:

1.    Please see the attached Exhibit "A" which shows that Defendants were served on December 2, 2016 under Tracking #7015 0640 0002 9351 4317.

Respectfully submitted,

POYNTER & BUCHERI, LLC

/S/ Donald L. Poynter
Donald L. Poynter, #19529-53
*Attorney for Plaintiff*

12/2/16
DATE

**POYNTER & BUCHERI, LLC**
4202 Madison Avenue
Indianapolis, IN 46227
317-780-8000
317-780-7050-fax

12/2/2016                                          USPS.com® – USPS Tracking®

English          Customer Service       USPS Mobile                                          Register / Sign In

## USPS.COM

## USPS Tracking®

Still Have Questions?
Browse our FAQs ›

 Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70150640000293514317

On Time
**Updated Delivery Day: Friday, December 2, 2016**

## Product & Tracking Information                      ## Available Actions

Postal Product:            Features:
First-Class Mail®          Certified Mail™        Return Receipt          Text Updates

                           See tracking for related item: 9590940214305329451850    Email Updates

| Date & Time | Status of Item | Location |
| --- | --- | --- |
| December 2, 2016 , 11:07 am | Delivered | PRINCETON, NJ 08540 |

Your item was delivered at 11:07 am on December 2, 2016 in PRINCETON, NJ 08540.

| | | |
| --- | --- | --- |
| December 2, 2016 , 4:55 am | Arrived at Unit | PRINCETON, NJ 08540 |
| December 1, 2016 , 10:56 pm | Departed USPS Destination Facility | TRENTON, NJ 08650 |
| December 1, 2016 , 3:31 pm | Arrived at USPS Destination Facility | TRENTON, NJ 08650 |
| December 1, 2016 , 12:26 am | In Transit to Destination | |
| November 30, 2016 , 12:26 am | Departed USPS Origin Facility | INDIANAPOLIS, IN 46206 |
| November 29, 2016 , 9:29 pm | Arrived at USPS Origin Facility | INDIANAPOLIS, IN 46206 |
| November 29, 2016 , 6:42 pm | Departed Post Office | INDIANAPOLIS, IN 46239 |
| November 29, 2016 , 4:59 pm | Acceptance | INDIANAPOLIS, IN 46239 |

## Track Another Package                                ## Manage Incoming Packages

Tracking (or receipt) number                             Track all your packages from a dashboard.
                                                         No tracking numbers necessary.

                                          Track It       Sign up for My USPS › 

Filed: 12/21/2016 1:58:07 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA     )         IN THE MARION SUPERIOR COURT
                      ) SS:
COUNTY OF MARION     )         CAUSE NO.: 49D04-1611-CT-041967

KAREN WINGLER,                 )
          Plaintiff,                )
v.                                    )
                                   )
APRIA HEALTHCARE LLC and COLE AH )
INDIANAPOLIS, IN LLC.         )
                                   )
          Defendants.             )
                                   )
                                   )

## **DEFENDANT, APRIA HEALTHCARE LLC'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COMES, Defendant, Apria Healthcare LLC ("Apria"), incorrectly sued as "Apria Healthcare, LLC", by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and for its initial written motion for enlargement of time pursuant to LR49-TR5-203(D) and Indiana Trial Rule 6(B)(1) states as follows:

1.      On or about November 29, 2016, Plaintiff filed her Complaint for Damages and served the same on Apria via UPS on December 2, 2016.

2.      Apria's appearance and responsive pleading are due on December 22, 2016. Counsel for Apria filed an appearance as of December 21, 2016.

3.      Pursuant to LR49-TR5-203(D) and Indiana Trial Rule 6(B)(1), Apria seeks an extension of 30 days, through January 21, 2017, to respond to Plaintiff's Complaint.

4.      No prior extensions have been granted. This extension will not prejudice any party and is not being sought for the purpose of delay.

1



EXHIBIT
C

WHEREFORE, Defendant, Apria Healthcare LLC respectfully requests that its time to file a responsive pleading be extended through January 21, 2017 without any order of Court pursuant to LR49-TR5-203(D).


/s/ Jim Williams
One of the Attorneys for Defendant

Jim Williams (23193-45)
Edward DeVries (30316-45)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
55 West Monroe Street
Suite 3800
Chicago, IL 60603
Telephone:    (312) 704-0550
Facsimile:    (312) 704-1522
(jim.williams@wilsonelser.com)
(edward.devries@wilsonelser.com)

2

### CERTIFICATE OF SERVICE

I hereby certify that I have on this **21st day of December**, served a copy of Apria Healthcare LLC's Motion for Enlargement of Time on the below listed counsel of record via electronic mail:

Donald Poynter
Poynter & Bucheri, LLC
4202 Madison Avenue
Indianapolis, IN 46227
(don@pb-law.com)
(laura@pb-law.com)
Counsel for Plaintiff


/s/ Jim R. Williams
Jim R. Williams

2213308v.1

STATE OF INDIANA      )        IN THE MARION SUPERIOR COURT
                           ) SS:
COUNTY OF MARION    )        CAUSE NO.: 49D04-1611-CT-041967

KAREN WINGLER,                )
          Plaintiff,           )
v.                                 )
                                )
APRIA HEALTHCARE LLC and COLE AH   )
INDIANAPOLIS, IN LLC.            )
                                )
          Defendants.        )
                                )
                                )

**F I L E D**

January 4, 2017

*Mike R. Eldridge*
CLERK OF THE COURT
MARION COUNTY
PC

## ORDER ON DEFENDANT APRIA HEALTHCARE LLC'S
## MOTION FOR ENLARGEMENT OF TIME

       This matter is before the Court on Defendant, Apria Healthcare LLC's (incorrectly named as Apria Healthcare, LLC) Motion for Enlargement of Time. The Court being duly advised in the premises, the Motion is **GRANTED.** Apria Healthcare LLC has through January 21, 2017 to respond to Plaintiff's Complaint.

**SO ORDERED:**

                12/28/2016
DATED this _____ day of _____, 2016.

                                        *Cynthia J. Ayers*
                                     Judge

Jim Williams (23193-45)
Edward DeVries (30316-45)
WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
55 West Monroe Street
Suite 3800
Chicago, IL 60603
Telephone:     (312) 704-0550
Facsimile:      (312) 704-1522

1

2213335v.1



**Distribution:**

Donald Poynter
Poynter & Bucheri, LLC
4202 Madison Avenue
Indianapolis, IN 46227
(don@pb-law.com)
(laura@pb-law.com)
Counsel for Plaintiff

Edward DeVries
Jim Williams
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
55 West Monroe Street
Suite 3800
Chicago, IL 60603
Fax: (312) 704-1522
(jim.williams@wilsonelser.com)
(edward.devries@wilsonelser.com)

2

2213335v.1

**49D04-1611-CT-041967**

Marion Superior Court, Civil Division 4

Filed: 11/29/2016 11:59:18 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

### SUMMONS

IN THE MARION COUNTY CIRCUIT AND SUPERIOR COURTS

KAREN WINGLER,　　　　　　　Cause No.
　　Plaintiff,

　　v.

APRIA HEALTHCARE, LLC, and
COLE AH INDIANAPOLIS, IN LLC
　　Defendants.

TO DEFENDANT:　　　　Name: CT Corporation System
　　　　　　　　　　　　　150 W. Market Street, Suite 800
　　　　　　　　　　　　　Indianapolis, IN 46204

　　　　　　　　　　　**_(as registered agent for:)_**

　　　　　　　　　　　Cole AH Indianapolis, IN LLC
　　　　　　　　　　　2325 East Camelback Road, Suite 1100
　　　　　　　　　　　Phoenix, AZ 85016

　　　You have been sued by the person(s) named "plaintiff," in the Court stated above. The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you.

　　　You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

　　　Clerk is ordered to cause service to be made by: **Certified Delivery.**

Dated: _____
　　　　　　11/29/2016

_Myla A. Eldridge_
_____
Clerk, Marion County

Donald L. Poynter, #19529-53
**POYNTER & BUCHERI, LLC**
4202 Madison Avenue
Indianapolis, IN 46227
317-780-8000-phone
317-780-7050-fax



MARION COUNTY COURTS
SEAL

EXHIBIT
E

Filed: 12/2/2016 4:35:48 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

### SUMMONS

IN THE MARION COUNTY CIRCUIT

KAREN WINGLER,
    Plaintiff,

        v.

APRIA HEALTHCARE, LLC, and
COLE AH INDIANAPOLIS, IN LLC
    Defendants.

Cause No. 49D04-1611-CT-041967

### AFFIDAVIT OF SERVICE

To the Clerk of the Circuit Court of Marion County:

1.    Please see the attached Exhibit "A" which shows that Defendants were served on December 1, 2016 under Tracking #7015 0640 0002 9351 4300.

Respectfully submitted,

POYNTER & BUCHERI, LLC

12/2/16
DATE

/S/ Donald L. Poynter
Donald L. Poynter, #19529-53
*Attorney for Plaintiff*

**POYNTER & BUCHERI, LLC**
4202 Madison Avenue
Indianapolis, IN 46227
317-780-8000
317-780-7050-fax

12/2/2016                                    USPS.com® - USPS Tracking®

English        Customer Service        USPS Mobile                                          Register / Sign In

**≋USPS.COM**

# USPS Tracking®

Still Have Questions?
Browse our FAQs ›


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70150640000293514300

On Time
**Updated Delivery Day: Thursday, December 1, 2016**

## Product & Tracking Information

Postal Product:          Features:
First-Class Mail®         Certified Mail™          Return Receipt

Available Actions

Text Updates

See tracking for related item: 9590940214368329451867          Email Updates

| | | |
|---|---|---|
| **December 1, 2016 , 10:14 am** | **Delivered** | **INDIANAPOLIS, IN 46204** |

Your item has been delivered to an individual at the address at 10:14 am on December 1, 2016 in INDIANAPOLIS, IN 46204.

| | | |
|---|---|---|
| December 1, 2016 , 9:35 am | Arrived at Unit | INDIANAPOLIS, IN 46204 |
| December 1, 2016 , 1:35 am | Departed USPS Facility | INDIANAPOLIS, IN 46206 |
| November 30, 2016 , 11:52 pm | In Transit to Destination | |
| November 29, 2016 , 8:43 pm | Arrived at USPS Facility | INDIANAPOLIS, IN 46206 |
| November 29, 2016 , 6:42 pm | Departed Post Office | INDIANAPOLIS, IN 46239 |
| November 29, 2016 , 4:59 pm | Acceptance | INDIANAPOLIS, IN 46239 |

## Track Another Package

Tracking (or receipt) number

_____          Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



Sign up for My USPS ›

 CT Corporation

**Service of Process Transmittal**
12/01/2016
CT Log Number 530267480

**TO:**   Tambre Ruud
VEREIT, Inc.
2325 E Camelback Rd Ste 1100
Phoenix, AZ 85016-9078

**RE:**   **Process Served in Indiana**

**FOR:**   Cole AH Indianapolis IN, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | KAREN WINGLER, Pltf. vs. APRIA HEALTHCARE, LLC and Cole AH Indianapolis IN, LLC, Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Attachment, Complaint, Request, Summons |
| **COURT/AGENCY:** | Marion County Superior Court, IN<br>Case # 49D041611CT041967 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - On or about December 2, 2014 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Indianapolis, IN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/01/2016 postmarked on 11/29/2016 |
| **JURISDICTION SERVED :** | Indiana |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days, Commencing the day after you receive this summons |
| **ATTORNEY(S) / SENDER(S):** | Donald L. Poynter<br>POYNTER & BUCHERI, LLC<br>4202 Madison Avenue<br>Indianapolis, IN 46227<br>317-780-8000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/01/2016, Expected Purge Date: 12/06/2016<br><br>Image SOP<br><br>Email Notification, Tambre Ruud serviceofprocess@vereit.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br><br>**TELEPHONE:** | C T Corporation System<br>150 West Market Street<br>Suite 800<br>Indianapolis, IN 46204<br>312-345-4336 |

Page 1 of  1 / LS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Filed: 12/21/2016 1:58:07 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA                  )        IN THE MARION COUNTY SUPERIOR COURT
                                  ) SS:
COUNTY OF MARION                  )        CAUSE NO. 49D04-1611-CT-041967

KAREN WINGLER,                              )
                                            )
            Plaintiff,                      )
                                            )
     -v-                                    )
                                            )
APRIA HEALTHCARE LLC and                    )
COLE AH INDIANAPOLIS, IN LLC.               )
                                            )
                                            )
            Defendants.                     )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification: Initiating _____ Responding ___X___ Intervening _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party members: APRIA HEALTHCARE LLC incorrectly sued as APRIA HEALTHCARE, LLC.

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | |
|---|---|
| Name: <u>Jim Williams</u><br>    <u>Edward DeVries</u><br>Address: <u>WILSON, ELSER, MOSKOWITZ,</u><br>  <u>EDELMAN & DICKER LLP</u><br><u>55 West Monroe Street – 38th Floor</u><br><u>Chicago, IL  60603</u><br>Telephone: <u>(312) 704-0550</u><br>Facsimile: <u>(312) 704-1522</u> | Atty Number: <u>23193-45</u><br><u>jim.williams@wilsonelser.com</u><br>Atty Number: <u>30316-45</u><br><u>edward.devries@wilsonelser.com</u> |
| | |

3. There are other party members: Yes_____ No ___x_____ (*If yes, list on continuation page.*)

4. *If first initiating party filing this case*, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): _____N/A_____

5. I will accept service by FAX at the above noted number: Yes_____ No __X_____

1995088v.1



6. This case involves support issues. Yes _____ No __X_____ (*If yes, supply social security numbers for all family members on a separately attached page using **light green paper**. See form below.*)

7. There are related cases: Yes _____ No _____X_____ (*If yes, list on continuation page.*)

8. This form has been served on all other parties and Certificate of Service is attached: Yes __X_____        No _____

9. Additional information required by local rule: _____

/s/ Jim Williams_____
Attorney-at-Law
(Attorney information shown above.)

APPEARANCE FORMAT--CONTINUATION PAGE (Civil Case for Use by Attorney)

Case Number: _____

First Listed Party Member: _____

Continuation of Item 2 (Attorney information for party member, as applicable):

Name: _____   Atty Number: _____

Address: _____   Phone: _____

_____   FAX: _____

_____   Computer Address: _____

Name: _____   Atty Number: _____

Address: _____   Phone: _____

_____   FAX: _____

_____   Computer Address: _____

Name: _____   Atty Number: _____

Address: _____   Phone: _____

_____   FAX: _____

_____   Computer Address: _____

Continuation of Item 3 (Other party members not represented by this attorney) _____

_____

Continuation of Item 7 (Caption and case number of related cases):

Caption _____   Case Number _____

Caption _____   Case Number _____

Caption _____   Case Number _____

Caption _____   Case Number_____

**Authority: Pursuant to Trial Rule 3.1, this form shall be filed at the time an action is commenced or when a party first appears. In emergencies, the requested information shall be supplied when it becomes available. Parties shall advise the court of a change in information previously provided to the court.**

**This format is approved by the Division of State Court Administration. All versions prior to 1/1/2005 are obsolete.**

**Use additional continuation pages if needed.**

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served on the attorney(s) of record at his/her respective business addresses indicated below:

Donald Poynter
Poynter & Bucheri, LLC
4202 Madison Avenue
Indianapolis, IN 46227
(don@pb-law.com)
(laura@pb-law.com)
Counsel for Plaintiff

via ☐ hand delivery, ☐ facsimile, ☐ overnight-next day delivery, ☐ depositing same in the US Mail and/or ☑ electronic mail at 55 West Monroe Street, Chicago, Illinois 60603, with proper postage prepaid, at or before the hour of 5:00 p.m., on this 21st day of December, 2016.

*/s/ Jim Williams* _____
Jim Williams, (23193-45)